The People of the State of Illinois, Plaintiff-Defendant in Error, v. Henry Schaeffer, Defendant-Plaintiff in Error.

Gen. No. 10,488.

Third District.

December 19, 1963.

Lamkin and Lamkin, of Clinton (Raymond W. Lamkin, Jr., of counsel), for plaintiff in error; Ray Moss, State's Attorney, DeWitt County, of Clinton, for defendant in error. Opinion by PRESIDING JUSTICE CARROLL. **Not to be published in full.**